IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:24-MC-11-FL

| | |
|---|---|
| Smith & Wesson M&P Shield 40 Caliber Pistol w/Magazine and Ammunition<br>DEA Case No. GG-24-0035<br>Asset ID No. 24-DEA-714613<br><br>$3,182.00 U.S. Currency<br>DEA Case No. GG-24-0035<br>Asset ID No. 24-DEA-714618<br><br>Aero-Precision X15 5.56 Caliber Pistol w/Magazine and Ammunition<br>DEA Case No. GG-24-0035<br>Asset ID No. 24-DEA-714628 | **ORDER EXTENDING UNITED STATES' MOTION TO EXTEND TIME TO FILE COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN INDICTMENT ALLEGING FORFEITURE** |

Upon the *ex parte* motion of the United States to extend the time by which the United States is required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture, and for good cause shown; it is

ORDERED, pursuant to 18 U.S.C. § 983(a)(3)(A), that the date by which the United States is required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture is extended to February 27, 2025.

This 27th day of December, 2024.

LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE